IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

STICOTTI CRAWFORD                                                                                      PLAINTIFF

V.                                                      No.  14-4149

WARDEN MARTY BRAZELL;
NURSE HARRIS; and MR. PERRY                                                         DEFENDANT

REPORT AND RECOMMENDATION

Before the undersigned for report and recommendation are the Motions to Dismiss (*ECF No.* 13 and 32) filed August 8, 2015 and January 18, 2016 by Defendants, because of the Plaintiff's failure to  respond to discovery request.

The Defendants filed a Motion to Compel (ECF No. 24) on December 3, 2015.  The court granted the Motion to Compel by Order (ECF No. 25) dated December 7, 2015 and the Plaintiff was to comply with the Motion on or before January 11, 2016.  The Plaintiff has failed to comply with the Motion to Compel or to the Court's Order.

Based upon the forgoing I recommend that the instant Motions to Dismiss be **GRANTED** and the Plaintiff's case be dismissed with prejudice.

**The parties have fourteen days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. Section 636(b)(1).  The failure to file timely written objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

-1-

Dated this January 22, 2016.

/s/ J. Marschewski

HONORABLE JAMES R. MARSCHEWSKI
U. S. MAGISTRATE JUDGE