IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

STICOTTI CRAWFORD                                                                                           PLAINTIFF

v.                                      Case No. 4:14-cv-04149

WARDEN MARTY BRAZELL;
NURSE HARRIS; and MR. PERRY                                                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 22, 2016 by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 34). Judge Marschewski recommends that Plaintiff's Complaint be dismissed for failure to comply with an Order of the Court.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 9th day of February, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge